**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | | |
|---|---|---|
| IN RE: STEPHEN P. THOMPSON | : | CHAPTER 13 |
| Debtor | : | CASE NO. 16-16305 |

**CERTIFICATE OF NO RESPONSE OR OBJECTION TO THE**
**APPLICATION FOR APPROVAL OF COUNSEL FEES**

I, ANTHONY R. DISTASIO, ESQUIRE, hereby certify that as of the 24th day of April 2017 no response or objection to the **Application For Approval Of Counsel Fees** has been served upon me.

**LINTON & DISTASIO, P.C.**

By: /s/Anthony R. Distasio
          Anthony R. Distasio, Esquire
          Counsel for Debtor