**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
***Reading Division***

IN RE: STEPHEN P. THOMPSON                          : Chapter 13
    Debtor                                               : Bankruptcy No.  16-16305

---

**CERTIFICATE OF NO RESPONSE OR OBJECTION TO THE**
**APPLICATION TO EMPLOY COUNSEL PERSONAL INJURY LITIGATION**

    I, ANTHONY R. DISTASIO, ESQUIRE, hereby certify that as of the 9th  day of May no

response or objection to the **APPLICATION TO EMPLOY COUNSEL PERSONAL INJURY**

**LITIGATION** has been served upon me.

        **LINTON & DISTASIO, P.C.**


        By: /s/Anthony R. Distasio
           Anthony R. Distasio, Esquire
           Counsel for Debtor