# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE: STEPHEN P. THOMPSON | : Chapter 13 |
| Debtor | : Bankruptcy No.  16-16305 |

**ORDER**

The Court having considered the foregoing Application by the Debtor to Employ Counsel, Philip J. Edwards, Esquire, Roland Stock, P.C., of 627 North Fourth Street, PO Box 902, Reading, PA 19603 and in support thereof, and it appearing that Philip J. Edwards, Esquire, Roland Stock, P.C., is a disinterested party and that the employment is in the best interest of this estate, it is hereby

ORDERED that the Debtor, is authorized to employ Philip J. Edwards, Esquire, Roland Stock, P.C., as counsel for the Debtor, as regards debtor's personal injury action, to be paid from the net proceeds of any approved settlement an amount approved by this Court.

BY THE COURT:

**Date: May 10, 2017**

Dated: _____
Richard E. Fehling
United States Bankruptcy Judge