**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | | |
|---|---|---|
| IN RE: STEPHEN P. THOMPSON | : | CHAPTER 13 |
| Debtor | : | CASE NO. 16-16305 |

**ORDER**

**AND NOW**, upon consideration of the Application for Approval of Counsel Fees of Anthony R. Distasio, Esquire, and Linton & Distasio, P.C., it is hereby

**ORDERED** that the Application for Approval of Counsel Fees of Anthony R. Distasio, Esquire, and Linton & Distasio, P.C., in the amount of $3,200.00 ($665 of which has been paid) as counsel for the Debtor in this bankruptcy proceeding is hereby approved, leaving a balance of fee in the amount of $2,535.00.

**Date: May 12, 2017**

BY THE COURT:

_____
Richard E. Fehling, U.S. Bankruptcy Judge