United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen P Thompson  
    Debtor  

Case No. 16-16305-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 10, 2017  
                 Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db         +Stephen P Thompson,   15 Seyfert Drive,   Birdsboro, PA 19508-8346  
sp         +Philip Edwards, Esq.,   627 North 4th Street,   PO Box 902,   Reading, PA 19603-0902  

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/PDF: gecsedi@recoverycorp.com May 11 2017 01:24:18      Synchrony Bank,  
      c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
      Miami, FL  33131-1605  
                                                                                                                     TOTAL: 1  

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:  
       ANTHONY R. DISTASIO    on behalf of Debtor Stephen P Thompson ard@ldaklaw.com  
       DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB  
       bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB  
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
       THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB  
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE: STEPHEN P. THOMPSON | : Chapter 13 |
| Debtor | : Bankruptcy No. 16-16305 |

**ORDER**

The Court having considered the foregoing Application by the Debtor to Employ Counsel, Philip J. Edwards, Esquire, Roland Stock, P.C., of 627 North Fourth Street, PO Box 902, Reading, PA 19603 and in support thereof, and it appearing that Philip J. Edwards, Esquire, Roland Stock, P.C., is a disinterested party and that the employment is in the best interest of this estate, it is hereby

ORDERED that the Debtor, is authorized to employ Philip J. Edwards, Esquire, Roland Stock, P.C., as counsel for the Debtor, as regards debtor's personal injury action, to be paid from the net proceeds of any approved settlement an amount approved by this Court.

BY THE COURT:

**Date: May 10, 2017**
Dated:

_____
Richard E. Fehling
United States Bankruptcy Judge