United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 16-16305-ref
Stephen P Thompson                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 1            Date Rcvd: May 12, 2017
                            Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db            +Stephen P Thompson,    15 Seyfert Drive,    Birdsboro, PA 19508-8346
sp            +Philip Edwards, Esq.,    627 North 4th Street,    PO Box 902,    Reading, PA 19603-0902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 01:06:33      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
              ANTHONY R. DISTASIO    on behalf of Debtor Stephen P Thompson ard@ldaklaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | | |
|---|---|---|
| IN RE: STEPHEN P. THOMPSON | : | CHAPTER 13 |
| Debtor | : | CASE NO. 16-16305 |

**ORDER**

**AND NOW**, upon consideration of the Application for Approval of Counsel Fees of Anthony R. Distasio, Esquire, and Linton & Distasio, P.C., it is hereby

**ORDERED** that the Application for Approval of Counsel Fees of Anthony R. Distasio, Esquire, and Linton & Distasio, P.C., in the amount of $3,200.00 ($665 of which has been paid) as counsel for the Debtor in this bankruptcy proceeding is hereby approved, leaving a balance of fee in the amount of $2,535.00.

**Date: May 12, 2017**

BY THE COURT:

_____
Richard E. Fehling, U.S. Bankruptcy Judge