UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        :

STEPHEN P THOMPSON
                                                              : Bankruptcy No. 16-16305REF
　　　Debtor(s)                                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 27, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ANTHONY R DISTASIO ESQ
1720 MINERAL SPRING RD
PO BOX 461
READING PA 19603

STEPHEN P THOMPSON
15 SEYFERT DRIVE
BIRDSBORO,PA.19508