United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen P Thompson  
      Debtor

Case No. 16-16305-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 2      Date Rcvd: Jul 27, 2017  
                           Form ID: pdf900      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db              +Stephen P Thompson,    15 Seyfert Drive,    Birdsboro, PA 19508-8346
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
sp              +Philip Edwards, Esq.,    627 North 4th Street,    PO Box 902,    Reading, PA 19603-0902
13791138        +Belco Community Credit Union,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
13791140        +Commercial Acceptance,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
13791141        +Everbank,    301 West Bay Street,    Jacksonville, FL 32202-5180
13791142        +Margaret Gairo Esquire,    McCabe Weisburg & Conway,    123 South Broad Street,    STE 1400,
                  Philadelphia, PA 19109-1060
13812817        +Wilmington Savings Fund Society, FSB,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13885728        +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Jul 28 2017 01:49:50     Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:45     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13791139        +E-mail/Text: nailda@centralcreditaudit.com Jul 28 2017 01:50:21     Central Credit Audit,
                  100 N 3rd Street,    Sunbury, PA 17801-2367
13791143        +E-mail/Text: Bankruptcies@nragroup.com Jul 28 2017 01:50:21     National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13790563         E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 01:45:18
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13791144        +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:31     Sams Club Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Ave,    STE 1120,    Miami, FL 33131-1605
13790613         E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:17     Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 9
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
```
              ANTHONY R. DISTASIO    on behalf of Debtor Stephen P Thompson ard@ldaklaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Keith              Page 2 of 2            Date Rcvd: Jul 27, 2017
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

STEPHEN P THOMPSON
                                                    : Bankruptcy No. 16-16305REF
    Debtor(s)                                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: July 27, 2017**

                                                    ─────────────────────
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ANTHONY R DISTASIO ESQ
1720 MINERAL SPRING RD
PO BOX 461
READING PA 19603

STEPHEN P THOMPSON
15 SEYFERT DRIVE
BIRDSBORO,PA.19508